OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 13-15954 |
| Case Title | Fidelity Nat'l Fin., Inc., et al., Appellants vs. Colin H. Friedman, et al., Appellees |

**assigned for hearing:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | July 8, 2015 | Time | 9:00 a.m. | Courtroom | #1, 3rd Floor, Room 338 |
| Location | James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco, CA 94103 |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Andrew S. Jacob, c/o Gordon & Rees, LLP |
| Address | 111 W. Monroe St., Suite 1600 |
| City | Phoenix |
| State | AZ |
| Zip Code | 85003 |
| Phone | (602) 794-2460 |
| Email Address | ajacob@gordonrees.com |
| Party/parties represented | Appellees Farid Meshkatai & Anita Kramer Meshkatai |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Andrew S. Jacob | Date | 07/30/2015 |

### Filing Instructions
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight*: James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190